# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MELISSA ARONSON, et al | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, | **ORDER** |
| v. | Civil Action No 2:12-cv-415 (DMC) |
| BUY4LESS ESALES LTD., et al, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Defendant's letter Motion [CM/ECF #15] for dismissal for failure to prosecute; and after further reviewing the Report and Recommendation [CM/ECF #16] of United States Magistrate Judge Mark Falk and no objections having been filed;

IT IS on this  11th  day of October, 2013;

**ORDERED** that the Report and Recommendation [CM/ECF #16] be and is hereby adopted as the Opinion of this Court and Defendant's letter motion [CM/ECF #15 is hereby **granted** and the case is dismissed with prejudice**;** and

Further ORDERED that the Clerk of the Court is directed to close this docket.

 S/DENNIS M. CAVANAUGH  
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk  
cc:         All Counsel of Record  
            Hon. Mark Falk, U.S.M.J.  
            File